161 A.3d 764

IN THE MATTER OF REGISTRANT R.S. APPLICATION FOR JUDICIAL REVIEW OF ORDER DENYING MOTION TO TERMINATE MEGAN'S LAW REGISTRATION REQUIREMENTS (R.S.—PETITIONER)

March 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004717–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

161 A.3d 764

LISA LOMBARDI, PLAINTIFF-MOVANT, v. ANTHONY A. LOMBARDI, DEFENDANT-RESPONDENT.

March 9, 2017

ORDER

It is ORDERED that the motion for counsel fees is granted, in part, and counsel fees are awarded in the amount of $18,361.00 and costs are awarded in the amount of $400.80.